Samuel S. Oh (State Bar No. 166719)
George Busu (State Bar No. 235993)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: sam.oh@limruger.com
Email: george.busu@limruger.com

Attorneys for Hwaseung Networks America, Corp.

FILED & ENTERED

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SELIM TEXTILE, INC.<br><br>Debtor. | Case No.: 2:10-bk-45505-RN<br><br>Chapter 11<br><br>**ORDER GRANTING HWASEUNG NETWORKS AMERICA, CORP.'S EMERGENCY MOTION**<br><br>Date:    September 15, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 1645<br>          255 E. Temple Street<br>          Los Angeles, CA |

      Hwaseung Networks America, Corp.'s Emergency Motion for Appointment of Chapter 11 Trustee and Sequestration of Cash Collateral (the "Emergency Motion") came on for hearing before this Court on September 15, 2010.  Sam S. Oh appeared on behalf of Hwaseung Networks America, Corp.; Beth Young and Monica Kim appeared on behalf Selim Textile, Inc., the debtor and debtor-in-possession herein ("Selim Texile"); Steven Kurtz appeared on behalf of Prime Business Credit, Inc.; John Axtell appeared on behalf of Unico Logistics Co.; Helen Yang appeared on behalf of Frontier Logistics Services; and Dare Law appeared on behalf of the United States Trustee.

1 | Based on the Court's findings of fact and conclusions of law as stated on the record,

2 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States

3 | Trustee is hereby directed to immediately appoint a Chapter 11 Trustee for Selim Textile

4 | pursuant to 11 U.S.C. §§ 1104(a)(1) and (a)(2).

5 |

6 | ###

7 |

...

25 | DATED: September 16, 2010

*[Signature]*

United States Bankruptcy Judge

LIM, RUGER & KIM, LLP

{00458009.DOC}    2
ORDER GRANTING EMERGENCY MOTION

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: LIM, RUGER & KIM, LLP, 1055 West Seventh Street, Suite 2800, Los Angeles, CA 90017.

A true and correct copy of the foregoing document described as **ORDER GRANTING HWASEUNG AMERICA, CORP.'S EMERGENCY MOTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On *September 15, 2010*, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Honorable Richard M. Neiter
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *September 15, 2010*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2010 | Amy Lee | /s/ Amy Lee |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                         **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**SERVED VIA OVERNIGHT MAIL TO:**

The Honorable Richard M. Neiter
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

**SERVED VIA EMAIL TO:**

| | |
|---|---|
| Monica Y. Kim<br>Email: myk@lnbrb.com<br>(Counsel for Debtors) | Russell Clementson<br>Email: russell.clementson@usdoj.gov<br>(U.S. Trustee) |
| Steven N. Kurtz<br>Elan S. Levey<br>Email: skurtz@laklawyers.com<br>          elevey@laklawyers.com<br>(Counsel for Prime Business Credit) | Dare Law<br>Email: dare.law@usdoj.gov<br>(U.S. Trustee) |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING HWASEUNG AMERICA, CORP.'S EMERGENCY MOTION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 15, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Russell Clementson
russell.clementson@usdoj.gov

Monica Y. Kim
myk@lnbrb.com

Sam S. Oh
sam.oh@limruger.com;
julie.yu@limruger.com;
amy.lee@limruger.com

Lindsey L. Smith
lls@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Elan S. Levey
elevey@laklawyers.com;
lgreenstein@laklawyers.com;
rfeldon@laklawyers.com

Helen H. Yang
hyang@ssd.com

Steven N. Kurtz
lgreenstein@laklawyers.com;
rfeldon@laklawyers.com

☐ Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page